IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CORY JAY GARRISON**                                                                                    **PLAINTIFF**

V.                            CASE NO. 4:18-CV-776-SWW-BD

**SALINE COUNTY
DETENTION FACILITY,** *et al.*                                                                    **DEFENDANTS**

# ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Garrison's claims against the Detention Facility are DISMISSED, with prejudice. His claims against the Doe Defendants are DISMISSED, without prejudice. The Clerk is instructed to terminate the Detention Facility and the Doe Defendants as parties to this lawsuit.

IT IS SO ORDERED, this 1st day of March, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE