IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CORY JAY GARRISON**                                                                 **PLAINTIFF**

**V.**               **CASE NO. 4:18-CV-776-SWW-BD**

**SALINE COUNTY
DETENTION FACILITY,** *et al*.                                                **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I**.     **Procedure for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge Susan Webber Wright. The parties may file written objections to this Recommendation if they disagree with its findings or conclusions. If objections are filed, they should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing the record. By not objecting, parties may waive the right to appeal questions of fact.

**II.**     **Discussion**

Cory Jay Garrison, formerly an inmate at the Saline County Detention Facility, filed this civil rights lawsuit without the help of a lawyer. (Docket entry #2) Mail sent to Mr. Garrison from the Court was returned as "undeliverable." (#28)

In a May 1, 2019 Order, Mr. Garrison was directed to notify the Court of his current address within 30 days. (#29) In that Order, the Court specifically cautioned Mr.

Garrison that his claims could be dismissed if he failed to update his address. To date, he has failed to comply with the Court's May 1, 2019 Order, and the time allowed for notifying the Court of his current address, as required for parties who are not represented by counsel, has passed. *See* Local Rule 5.5.

### III.    Conclusion

The Court recommends that Mr. Garrison's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's May 1, 2019 order and his failure to prosecute this lawsuit.

DATED this 16th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE