IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CORY JAY GARRISON                                                                  PLAINTIFF

V.                             CASE NO. 4:18-CV-776-SWW-BD

SALINE COUNTY
DETENTION FACILITY, *et al.*                                                    DEFENDANTS

## ORDER

The Court has received a Recommended Disposition (Recommendation) from Magistrate Judge Beth Deere. Mr. Garrison has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Garrison's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's May 1, 2019 order and his failure to prosecute this lawsuit. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 12th day of September, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE