IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CORY JAY GARRISON**                                                   **PLAINTIFF**

V.                CASE NO. 4:18-CV-776-SWW-BD

**SALINE COUNTY**
**DETENTION FACILITY**, *et al*.                                    **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 12th day of September, 2019.

                                         /s/Susan Webber Wright
                                         UNITED STATES DISTRICT JUDGE